In the Matter of the Claim of FRED WOOD, Respondent, against SENECA IRON AND STEEL COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*Horace C. Winch* for appellants.

*John J. Bennett, Jr.,* Attorney-General (*Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.